IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                Plaintiff,

   v.

RAYDALE MITCHELL,

                Defendant.

ORDER

11-cr-83-bbc-1
14-cv-473-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.

Entered this _16th_ day of July, 2014.

BY THE COURT:

BARBARA B. CRABB
District Judge

1